Samuel ROUSLIN et al.

v.

**ZONING BOARD OF REVIEW.**

**No. 81–452–M.P.**

Supreme Court of Rhode Island.

Jan. 28, 1982.

DeSimone & Del Sesto, Ronald W. Del Sesto, Providence, for petitioners.

Thomas A. Lynch, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

William H. SMITH, Jr. et al.

v.

**Joseph VIERRA et al.**

**No. 81–420–M.P.**

Supreme Court of Rhode Island.

Jan. 28, 1982.

Vernon A. Harvey, Newport, for petitioners.

Alder, Pollock & Sheehan Incorporated, Providence, Richard W. Mac Adams, for respondents.

ORDER

The petition for writ of certiorari is denied.

**CITY OF CENTRAL FALLS**

v.

**The INTERNATIONAL ASSOCIATION OF FIREFIGHTERS–LOCAL 1485 et al.**

**No. 81–571–M.P.**

Supreme Court of Rhode Island.

Feb. 11, 1982.

Powers & McAndrew, Thomas J. McAndrew, Daniel K. Kinder, Providence, for petitioner.

Hogan & Hogan, Thomas S. Hogan, East Providence, for respondent.

ORDER

The petition for writ of certiorari is denied. In denying certiorari, however, we would observe that strikes by fire fighters and other public employees are illegal and that no contractual insertion or deletion can alter the prohibition against such strikes.